

# Court of Appeals
# Sixth Appellate District of Texas

# J U D G M E N T

Michael Head and All Occupants,
Appellants

No. 06-18-00089-CV     v.

Dacyn Investments LTD, Appellee

Appeal from the County Court at Law No. 1
of Bell County, Texas (Tr. Ct. No. 87,756).
Memorandum Opinion delivered by Justice
Stevens, Chief Justice Morriss and Justice
Burgess participating.

As stated in the Court's opinion of this date, we find that the appeal should be dismissed for want of prosecution. Therefore, we dismiss the appeal.

We note that the appellant has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED JANUARY 18, 2019
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk